UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Key West Division
**Case Number: 12-10065-CIV-MARTINEZ-MCALILEY**

VILMA M. QUINTANA,
    Plaintiff,

vs.

CITY OF KEY WEST, FLORIDA, a municipal corporation,
    Defendant.
_____/

THIS CAUSE came before the Court upon *sua sponte* review of the record. After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

1. The previous calender call and trial dates are hereby **CANCELLED**.

2. This case is **STAYED** pending the Court's resolution of Defendant's Motion for Summary Judgment (D.E. No. 17).

3. After the stay expires, the Court will reset the trial date and unexpired pretrial deadlines.

DONE AND ORDERED in Chambers at Miami, Florida, this 17 day of March, 2014.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge McAliley
All Counsel of Record