UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Key West Division

Case Number: 12-10065-CIV-MARTINEZ-GOODMAN

VILMA M. QUINTANA,

    Plaintiff,

vs.

CITY OF KEY WEST, FLORIDA,
a municipal corporation,

    Defendant.
_____/

## **VERDICT FORM**

Do you find from a preponderance of the evidence:

1. That Vilma Quintana's supervisor harassed Vilma Quintana because of her sex?

    Answer Yes or No     __No__

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

2. That the harassment created a hostile work environment for Vilma Quintana?

    Answer Yes or No     _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

3.  That the City of Key West exercised reasonable care to prevent and promptly correct any harassing behavior in the workplace because of sex?

    Answer Yes or No    _____

If your answer is "Yes," go to the next question. If your answer is "No," go to Question No. 6.

4.  That Vilma Quintana took advantage of the preventive or corrective opportunities provided by the City of Key West?

    Answer Yes or No    _____

If your answer is "Yes," go to the next question. If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.

5.  That the City of Key West responded by taking reasonable and prompt corrective action?

    Answer Yes or No    _____

If your answer is "Yes," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "No," go to the next question.

6. That Vilma Quintana suffered damages because of the hostile work environment?

                Answer Yes or No    _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

7. That Vilma Quintana should be awarded damages to compensate for emotional pain and mental anguish?

                Answer Yes or No    _____

                If your answer is "Yes,"
                in what amount?    $_____

**SO SAY WE ALL.**

Signed and dated at the United States Courthouse, Key West, Florida this 1st day of February, 2018.

_____2-1-2018\_\_\_\_\_
Foreperson (please sign)                 Date

_____
Foreperson (print name)