UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Key West Division

**Case Number:   12-10065-CIV-MARTINEZ-GOODMAN**

VILMA M. QUINTANA,

       Plaintiff,

vs.

CITY OF KEY WEST, FLORIDA,
a municipal corporation,

       Defendant.

_____/

## FINAL JUDGMENT

Pursuant to Rules 54, 56, and 58 of the Federal Rules of Civil Procedure, and in accordance

with the Court's Order on Motion for Summary Judgment [ECF No. 50] and the verdict rendered

by the jury on February 1, 2018, judgment is entered in favor of Defendant City of Key West,

Florida, and against Plaintiff Vilma M. Quintana.   Accordingly it is:

       **ADJUDGED** that this case is **CLOSED** and all pending motions are **DENIED as MOOT**.

       DONE AND ORDERED in Chambers at Miami, Florida, this 5 day of February, 2018.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record